UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
VS. ) CR04-0045T
)
JOSE RIVERA )
)

---

DEFENDANT'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Now comes Jose Rivera, the Defendant in the above captioned matter,and hereby requests to proceed in this matter IN FORMA PAUPERIS. The defendant originally retainned counsel in this matter but has been incarcerated since his arrest in 2003,and is now indigent and in need of appointed counsel to pursue a sentence reduction base on the retroactive amendment to the cocaine base sentencing guidelines.Attached is the defendant's completed financial affidavit.

Respectfully Submitted,

J. Rivera

Jose Rivera