**IN THE DISTRICT COURT FOR THE UNITED STATES**

**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
MAY 12 2008
Property of U.S. District Court
District of Rhode Island

UNITED STATES OF AMERICA )
)
v. ) CR. NO.04-45T
)
JOSE RIVERA )

**STIPULATION REGARDING MODIFICATION OF SENTENCE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. Defendant has submitted a request for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

Total Offense Level 31

Criminal History Category I

108 to 135 months imprisonment

3 to 5 years supervised release

$15,000 to $4,000,000 fine.

3. Defendant was sentenced on September 17, 2004 to 108 months imprisonment.

4. Defendant is eligible for a modification of his sentence Pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual

5. Defendant's revised guideline calculation is a follows:

Total Offense Level 29

Criminal History Category I

87 to 108 months imprisonment

3 to 5 years supervised release

$15,000 to $4,000,000 fine.

6. According to the modified pre-sentence report, defendant's conduct while imprisoned reveals the defendant has not had any incident reports since his incarceration.

7. Based upon the foregoing, the parties hereby stipulate that a sentence of 87 months is appropriate in this matter.

8. The parties further stipulate that the remainder of defendant's judgment shall remain unchanged.

9. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S..C § 3582(c)(2); United States v. Booker, 543 U.S. 220 (2005) and Kimbrough v. United States, 2007 WL 4292040 (U.S. 2007).

10. Accordingly, the parties agree and stipulate that an amended judgement may be entered by the Court in accordance with this stipulation on or after March 3, 2008, pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual.

Respectfully submitted,

EMILI VAZIRI
Counsel for Defendant

4/9/08
Date

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney

4/7/08
Date